CHAD READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
GISELA WESTWATER
Assistant Director
LAUREN C. BINGHAM
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458
lauren.c.bingham@usdoj.gov

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OMAR M. ABU AFIFEH, | Case No: 2:17-cv-00164-JAD-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.*, | ECF No. 21 |
| Defendants. | |

The parties to this action hereby stipulate to dismissal of this case. Plaintiff's Complaint sought a writ of mandamus to compel the Federal Bureau of Investigation to complete the name check necessary for naturalization, and to compel United States Citizenship and Immigration

1

Services (USCIS) to interview him on his N-400 application for naturalization. USCIS interviewed Plaintiff on August 16, 2017, and again on September 25, 2017, and his application has now been adjudicated. Accordingly, this case is now moot.

Respectfully submitted this 24th day of October, 2017.

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GISELA WESTWATER
Assistant Director

/s/ Eva Garcia Mendoza
Eva Garcia Mendoza

*Attorney for Plaintiff*

/s/Lauren C. Bingham
FILING ATTORNEY

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:_____

## ORDER

Based on the parties' stipulation [21] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 24, 2017